

SPECIAL DEPOSIT

Writ of Claim For Deprivation of Rights Under Color Of Law

Plaintiff's: UNITED STATES
QUEEN OF HEIRS BUSINESS TRUST  SECURED PARTY

vs.

Defendants: STATE OF NORTH CAROLINA
GASTON COUNTY OF
GASTON COUNTY POLICE DEPARTMENT
GASTON COUNTY SCHOLL BOARD
GASTON COUNTY SHERIFF DEPARTMENT
IN PUBLIC AND PRIVATE CAPACITY
MICHAEL DODD
LISA BEVERLY
DAVID A PHILLPS
KAWANA ROXANN RANKIN
GERI QUEEN
TRAVIS PAGE
J.A. ALDERMAN
JENNIFER DAVIS
JUSTIN DAVIS
CHAD HAWKINS
GUS ANTHONY
CHRIS MADDEN
GUS ANTHONY

23CRS001731   23CRS001732   23CRS001733

No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.'

* 2.1 Equity looks on as done that which ought to have been done.
* 2.2 Equity will not suffer a wrong to be without a remedy.
* 2.3 Equity will not allow a wrongdoer to profit by a wrong.
* 2.4 Equity does not punish.
* 2.5 Equity is a sort of equality.
* 2.6 One who seeks equity must do equity

FILED
CHARLOTTE, NC
NOV 05 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

SPECIAL DEPOSIT

Writ of Claim For Liberty "Relief" Under Color Of Law

**Plaintiff's:** UNITED STATES
**QUEEN OF HEIRS BUSINESS TRUST SECURED PARTY**

vs.

**Defendants:** STATE OF NORTH CAROLINA
GASTON COUNTY OF
GASTON COUNTY POLICE DEPARTMENT
GASTON COUNTY SCHOOL BOARD
GASTON COUNTY SHERIFF DEPARTMENT
IN PUBLIC AND PRIVATE CAPACITY
MICHAEL DODD
LISA BEVERLY
DAVID A PHILLIPS
KAWANA ROXANN RANKIN
GERI QUEEN
TRAVIS PAGE
J.A. ALDERMAN
JENNIFER DAVIS
JUSTIN DAVIS
CHAD HAWKINS
GUS ANTHONY
CHRIS MADDEN
GUS ANTHONY

25CRS00131    25CRS00132

No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.'

* 2.1 Equity regards as done that which ought to have been done.
* 2.2 Equity will not suffer a wrong to be without a remedy.
* 2.3 Equity will not allow a wrongdoer to profit by a wrong.
* 2.4 Equity provides not punish.
* 2.5 Equity is a sort of equality.
* 2.6 He who seeks equity must do equity

CALF NUMBER 0313.92895R

---

Stamps/marks:

QUEEN OF HEIRS BUSINESS TRUST

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

SPECIAL DEPOSIT

BUSINESS REPLY
ACCEPTED AND CLAIMED
RETURN SERVICE REQUESTED

## Writ of Claim For Deprivation of Rights Under Color Of Law

I am not an attorney, nor do I want to be, but what I can speak on is the harm and sustained injury done me by men and women and their persons against my rights, interest, and physical body.
They are a rogue entity, and I have seen for myself the damage they have done to others in my racial group.
There is no justice here and these men and women routinely engage in crimes against humanity, men and women, the People whom they all took an oath to serve and uphold the Constitution for the United States of America.
They follow no Law, abuse authority, are completely rogue.

If anyone is unclear to the True Law of the Land, then kindly consent your Risk Management and General Counsel for guidance.
Anything against the Constitution, notwithstanding.

Charge 1.
1. This is a civil action brought by the Plaintiff(s) against Defendant(s) under the False Claims Act, 31 U.S.C. §§ 3729-3733, and applicable North Carolina state laws. I have been harmed repeatedly by men and women Public Servants, acting under color of Law and Title.
They have forced servitude upon me.

Charge 2.
2. The Plaintiff(s) allege that Defendant(s) have knowingly submitted false claims for payment to the United States government or have knowingly made false statements in support of such claims.

Charge 3.
This is false claim action brought by the Plaintiff, UNITED STATES , ASHBY BRANDY CHENELL TM under the False Claims Act (31 U.S.C. §§ 3729-3733) against Defendants,

STATE OF NORTH CAROLINA, GASTON COUNTY OF, GASTON COUNTY POLICE DEPARTMENT, GASTON COUNTY SCHOLL BOARD, GASTON COUNTY SHERIFF DEPARTMENT

LISA BEVERLY, DAVID A PHILLPS , KAWANA ROXANN RANKIN, GERI QUEEN, TRAVIS PAGE ,J.A. ALDERMAN, JENNIFER DAVIS , JUSTIN DAVIS, CHAD HAWKINS, GUS ANTHONY, In private and public capacity for submitting false claims to the United States government.

Violation of the False Claims Act (31 U.S.C. § 3729)

• The Defendants knowingly submitted or caused to be submitted false claims for payment or approval.

Conspiracy to Commit Fraud

• The Defendants conspired with others to defraud the government by submitting false claims.

Brandy Chenell Brown- aka Brandy Chenell Ashby Title original to the land-Indian--a Protected Person- by my hand enter on the record this Deprivation of Rights Claim under color of law STATE VENUE- STATE OF NORTH CAROLINA, FEIN 53-1390760, COUNTY OF GASTON, FEIN'S: 331055985, 813159150, 566000300, 566001032, 581792056 : an inferior-foreign-venue to federal jurisdiction: US Federal Court,; 28 U.S.C. 1446, 28 U.S.C. 1441 (1),((a), (c), (d), (f), for the following reasons:

1. Alleged claimant STATE OF NORTH CAROLINA, TAX ID NUMBER: 53-1390760, COUNTY OF GASTON, FEIN'S: 331055985, 813159150, 566000300, 566001032, 581792056 - Nationality and Citizenship unknown. An unregistered foreign agent claiming to be a Creditor for the United States Government, by and thru its attorney. attorney did initiate false claims against Respondent, such actions pursuant to 20 July 1789 JUDICIARY ACT, section 20, places United States Supreme Court with exclusive and Original, and Territorial

SPECIAL DEPOSIT

jurisdiction, pursuant to 1787 and 1836 Treaty of Peace and Friendship, article 6 – This Constitution for the United States for America, all such laws and all treaties made there-of.

2. Respondent hereby claimed ashby by without recourse agent attorney in fact sui juris brown: brandy-chenell I'm, a Citizen and National of Morocco, a foreign National- a Protected Person under Treaty rights and titles with the United States, Citizen Diversity on record for such removal.

By demur Claimant allege false claimant STATE OF NORTH CAROLINA, COUNTY OF GASTON by and then its attorneys, did knowingly bear false witness against the Estate for BRANDY CHENELL ASHBY, Said STATE OF NORTH CAROLINA prosecutor falsely claim on their record I intentionally created a counterfeit IRS 1099 Tax form. Was their intent then deliberate to cause harm in state venue. The STATE OF NORTH CAROLINA is possibly [illegible] operates solely a for profit business, and being the case I am not a citizen of such entity, nor do I fall under their control.

Last I checked the Chevron Doctrine has been overturned, so [illegible] no standing to impose Commercial Contracts without consent of both people. So how [illegible] alleged entity have jurisdiction over an Act of Congress!

Title 6 section 4-N01 real prosecution for federal tax crimes with the Justice Department, so why is the foreign STATE OF NORTH CAROLINA, and by what jurisdiction do they have to bring a federal tax crime.

And just to be perfectly clear- There is No Crime, so no Injured party, this is all fabricated.

The case had no business being in STATE OF NORTH CAROLINA JUDICIARY for the following reason:

As this allege to be a Tax Treaty action initiated falsely in STATE VENUE,

Pursuant to 20 July, 1789 Judiciary Act, section

In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party, the supreme court shall have original jurisdiction. In all the other cases before mentioned, the supreme court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations, as congress shall make. By the act of September 24th, 1789, Sec. 13, the supreme court shall have exclusive jurisdiction of all controversies of civil nature where a state is a party, except "those between a state and its citizens; and except also, between a state and citizens of other states or aliens, in which latter case it shall have original, but not exclusive jurisdiction.

The Act of September 24, 1789, Sec. 11, gives jurisdiction to the circuit court in suits of civil nature when the matter in dispute is of a certain amount, between a Citizen of the state where the suit is brought, and a Citizen of another state; one of the parties must therefore be a Citizen of the state where the such is brought. See 4 Wash. C. C. R. 84.

In chancery, when the defendant wishes to remove the suit, if an alien file his petition when he filed special bail, be in in time, though the bail be excepted to. 1 Caines. 248.

The Act of September 24, 1789, gives, in certain cases, the right of removing a suit instituted in a state court to the circuit court of the district. It is enacted by the law, that if a suit be commenced in any state court against an alien, or by a citizen of the state in which the suit is brought, against a citizen of another state, and the matter in dispute exceeds the aforesaid sum or value of five hundred dollars, exclusive of costs, to be made to appear to the satisfaction of the court, and the defendant shall, at the time of entering his appearance in such state [illegible]

file a [illegible] copy of the cause for trial, [illegible] in the district where the suit is pending, and after good [illegible] security by his entering [illegible] his first appearance [illegible] copies of the said process against him, and also for his [illegible] and entering special bail in the [illegible] if special bail was originally required therein, it shall then be the duty of that [illegible] state [illegible] action, and proceed no further in the cause.

[illegible] September 24, 1789, Sec. 11, to give jurisdiction to the circuit court, [illegible] must [illegible] [illegible] Law Dictionary [illegible] page 405, Courts.]

Stamps:
WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

CALF NUMBER 0313.92895R

BUSINESS REPLY
ACCEPTED AND CLAIMED
RETURN SERVICE REQUESTED

NO USUFRUCT

Private 1974

Furthermore pursuant to Suits where on alien is a party. The Act of September 24, 1780, Sec. 11, gives the circuit court cognizance of all suits of a civil nature where an alien is a party; but these general words; must be restricted by the provision in the constitution which gives jurisdiction in controversies between a state, or the citizens of a state, and foreign states, citizens or subjects; and the statute cannot extend the jurisdiction beyond the limits of the constitution. 4 Dall. [Bouvier Law Dictionary page 403, Courts].

Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Award damages based on all fee schedules and un rebutted affidavit for damages sustained by the United States as a result of Defendant's actions;

2. Impose civil penalties as provided under 31 U.S.C. § 3729(a);

3. Award costs and reasonable attorney fees; and

4. Grant such other relief as this Court deems just and proper.

8. Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

Dated: 10-23-2024

Respectfully submitted

CALF NUMBER 0313.92895R

NO USUFRUCT

QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC




SPECIAL DEPOSIT

Federation pursuant to Suits where an alien is a party. The Act of September 24, 1789, Sec. 11, gives the circuit court cognizance of all suits of a civil nature where an alien is a party; but those general wordes must be restricted by the provision in the constitution which gives jurisdiction in controversies between a state, or the citizens of a state, and foreign states, citizens or subjects; and the statute cannot extend the jurisdiction beyond the limits of the constitution. 4 Dall. [Bouvier Law Dictionary, page 492, Courts]

Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Award damages based on all fee schedules and on rebutted affidavit for damages sustained by the United States as a result of Defendant's actions;

2. Impose civil penalties as provided under 31 U.S.C.

3. Award costs and reasonable attorney fees;

4. Grant such other relief as this Court deems just and proper.

8. Jury Demand

Plaintiff demands a trial by jury on all issues so triable.

Dated: 10-25-2024

Respectfully submitted

QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

---

**WITHOUT RECOURSE**
pay to order of,
**QUEEN OF HEIRS BUSINESS TRUST**
By: /s/ Ashby: Brandy-Chenell

**TTEE**

CAIF NUMBER 0313.92895R

NO USUFRUCT

BUSINESS
ACCEPTED AND CLAIMED
RETURN SERVICE REQUESTED

NO USUFRUCT

QUEEN OF HEIRS BUSINESS TRUST

PRIVACY act 1974