AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

UNITED STATES      Secured Party
Queen of Heirs Business Trust
_____
Plaintiff
STATE OF North v. CAROLINA
GASTON COUNTY OF
GASTON COUNTY Defendant POLICE DEPARTMENT
GASTON COUNTY SCHOOL BOARD — see Attach

Civil Action No. 3-24-CV-989
CHARLOTTE, NC
NOV 18 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Lisa Beverly, David A Phillips, Kawana Roxan Rankin, Geri Queen, Travis Page
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)
Jennifer Davis, Justin Davis, Gus Anthony, Chris Madden

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days (give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

Queen of Heirs Business Trust Private
Signature of the attorney or unrepresented party

Queen of Heirs Business Trust
Printed name

c/o 806 West Central Avenue #1072
Mount Holly, North Carolina 28120-3446-721
Address

Qohbt@yahoo.com
E-mail address

704-747-6404
Telephone number

# UNITED STATES DISTRICT COURT
for the

UNITED STATES
QUEEN OF HEIRS BUSINESS TRUST
Secured Party
_____
Plaintiff
v.
GASTON County Police Department
+ writ See Attachment
_____
Defendant

Civil Action No. 3:24-CV-989

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Gaston County Police Department, Michael DODD
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

Signature: Queen of Heirs Business Trust
*Signature of the attorney or unrepresented party*

Queen of Heirs Business Trust
*Printed name*

[c/o 806 West Central Avenue #1072
Mount Holly, North Carolina 28120-3446-721]
*Address*

Qohb1@yahoo.com
*E-mail address*

704-747-6404
*Telephone number*

# UNITED STATES DISTRICT COURT
for the

UNITED STATES
QUEEN OF HEIRS BUSINESS TRUST
          SECURED PARTY
_____
STATE OF NORTH Plaintiff CAROLINA )
GASTON COUNTY OF, v. GASTON COUNTY SCHOOL )
                                  BOARD )
          Defendant )
went SEE attached

Civil Action No. 3:24-CV 989

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Gaston County Sheriff Department, Chad Hawkins
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

                                                                Queen of Heirs Business Trust Private
                                                            *Signature of the attorney or unrepresented party*

                                                           Queen of Heirs Business Trust
                                                                *Printed name*
                                         C/o 806 West Central Avenue #1072
                                         Mount Holly, North Carolina 28120-3446-72
                                                                *Address*
                                         Qohbt@yahoo.com
                                                            *E-mail address*
                                         704-747-6404
                                                           *Telephone number*