SPECIAL DEPOSIT

3-24-CV-984

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Office of District Attorney
Travis Page
325 Dr Martin Luther King Jr
Mount Holly, North Carolina 28053

9590 9402 9047 4122 5485 34

2. Article Number (Transfer from service label)
EJ 909447458 US

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature — [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 11-14-24
D. Is delivery address different from item 1? ☐ Yes ☐ No

FILED CHARLOTTE, NC
NOV 22 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

3. Service Type: ☐ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500) ☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

---

## Receipt 2

QUEEN OF HEIRS BUSINESS TRUST

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
K. Roxann Rankin
Gaston County Clerk of Court
325 Dr Martin Luther King Jr
Gastonia, NC 28052
#1004

9590 9402 8722 3310 1846 74

2. Article Number (Transfer from service label)
EJ 909447435 US

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature — [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 11-14-24
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Priority Mail Express® ...

Proof of Delivery Service

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Chad Hawkins
Gaston County Sheriff
425 Dr Martin Luther King Jr Way
Gastonia, North Carolina 28053

9590 9402 9015 4122 1724 19

2. Article Number (Transfer from service label)
EJ 909447395 US

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature — McA[signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Adult Signature ☐ Adult Signature Restricted Delivery ☐ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500) ☑ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery

SPECIAL DEPOSIT

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

Redeem In Lawful Money

SPECIAL DEPOSIT

3-24-CV-984

Proof of Delivery Service

QUEEN OF HEIRS BUSINESS TRUST

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of District Attorney
   Travis Page
   325 DR Martin Luther King Jr
   Mount Holly, North Carolina
   28053

9590 9402 9047 4122 5485 34

2. Article Number (Transfer from service label)
   EJ 9094 4745 8 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — Agent / Addressee
B. Received by (Printed Name)
C. Date of Delivery: 11-14-24
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☑ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   K. Roxann Rankin
   Gaston County Clerk of Court
   325 DR Martin Luther King Jr
   Gastonia, NC 28052
   #1004

9590 9402 8722 3310 1846 74

2. Article Number (Transfer from service label)
   EJ 9094 4743 5 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — Agent / Addressee
B. Received by (Printed Name)
C. Date of Delivery: 11-14-24
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☑ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chad Hawkins
   Gaston County Sheriff
   425 DR Martin Luther King Jr Way
   Gastonia, North Carolina
   28053

9590 9402 9015 4122 1724 19

2. Article Number (Transfer from service label)
   EJ 9094 4739 5 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X McA[signature] — Agent / Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☑ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

SPECIAL DEPOSIT

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

Redeem In Lawful Money