





3:24-CV-984

PROOF OF SERVICE

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

**Certificate Of Mailing** — USPS PS Form 3817

From: QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC
Redeem In Lawful Money

To: Chris Madden
325 Dr M.L.K. Jr. Way
Gastonia, NC 28052
3:24-CV-984



---

**Certificate Of Mailing**

From: QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC
Redeem In Lawful Money

To: Travis Page
325 Dr M.L.K. Jr Way
Gastonia, NC 28052
3:24-CV-984



---

**Certificate Of Mailing**

From: QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC
Redeem In Lawful Money

To: Justin Davis
325 Dr M.L.K Jr Way
Gastonia, NC 28052
3:24-CV-984




---

**Certificate Of Mailing**

From: QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC
Redeem In Lawful Money

To: Lisa Beverly




---

**Additional Certificates of Mailing (right column):**

To: Geri Queen
325 Dr M.L.K. Jr. Way
Gastonia, NC 28052
3:24-CV-984

To: Jennifer Davis
325 Dr M.L.K. Jr. Way
Gastonia, NC 28052
3:24-CV-984

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

# Certificate of Mailing

**UNITED STATES POSTAL SERVICE** — Firm Mailing Book For Accountable Mail

**Name and Address of Sender:**
QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

Check type of mail or service:
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

Postmark: NOV 21 2024, BELMONT NC

| # | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code) |
|---|---|---|
| 1 | Gus Anthony | 325 Dr. M.L.K Jr. Way, Gastonia, NC 28052 |
| 2 | Justin Davis | 325 Dr. M.L.K Jr. Way, Gastonia, NC 28052 |
| 3 | Michael Dodd 420 W Franklin | Michael Dodd 420 Franklin Blvd, Gastonia, NC 28052 |
| 4 | Chris Madden | 325 Dr. M.L.K Jr. Way, Gastonia |
| 5 | Jennifer Davis | 325 Dr. M.L.K Jr. Way, Gastonia NC 28052 |
| 6 | Travis Page | 325 Dr. M.L.K Jr. Way, Gastonia, NC 28052 |
| 7 | Kawana Roxann Rankin | 325 Dr. M.L.K Jr. Way, Gastonia, NC 28052 |
| 8 | Geri Queen | 325 Dr. M.L.K Jr. Way |

Postmaster, Per (Name of receiving employee): Rollins

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

# UNITED STATES POSTAL SERVICE®

**Firm Mailing Book For Accountable Mail**

Certificate of Mailing

**Name and Address of Sender**

QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

**Check type of mail or service**
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

Affix Stamp Here (for additional copies of this receipt). Postmark with Date of Receipt.

BELMONT, NC 28012
NOV 21 2024

| # | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | DAVID A Phillips / 325 Dr MLK Jr Gastonia NC 28052 | | | | | | | | | | | | | |
| 2. | | LISA Beverly / 325 Dr MLK Jr Way Gastonia, NC 28052 | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender:
Total Number of Pieces Received at Post Office:

Postmaster, Per (Name of receiving employee): [signature]

Complete in Ink

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

TRUST PROPERTY — PRIVATE PROPERTY

Redeem In Lawful Money, Individual Invoices, Not a pay to order of, QUEEN OF HEIRS BUSINESS TRUST, By: /s/ Ashley Brandy-Chenell, TEE, WITHOUT RECOURSE

SPECIAL DEPOSIT

NO USUFRUCT

Case 3:24-cv-00984-FDW-SCR     Document 8     Filed 11/26/24     Page 6 of 6