c/o 806 WEST CENTRAL AVENUE UNIT 1072
MOUNT HOLLY, NC 28120-3446-721

K ROXANN RANKIN CLERK OF COURT
JUSTIN DAVIS  #1004
325 DR MARTIN LUTHER KING JR WAY 1004
Gastonia, NC 28052

UNITED STATES DISTRICT COURT
401 WEST TRADE STREET RM 210
CHARLOTTE, NORTH CAROLINA 28202




9589 0710 5270 1735 4754 74

3:24-CV984

Notice To Principal is Notice To Agent Notice To Agent is Notice To Principal

Writ of Conditional Acceptance Upon Proof of Claim for Failure to Appear

This Conditional Acceptance is made between BRANDY CHENELL ASHBY hereinafter referred to as "Claimant, and JUDGE JUSTIN DAVIS / K ROXANN RANKIN hereinafter referred to as "Respondent."

FILED
CHARLOTTE, NC

DEC - 6 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

Case Information
Case Number: 23CRS1731, 23C5S1732, 23C5S1733
Court: GASTON COUNTY COURT HOUSE
Original Hearing Date: NOVEMBER 7, 2024
Statement of Facts

On NOVEMBER 7, 2024 Respondent was ALLEGEDLY scheduled to appear before GASTON COUNTY SUPERIOR COURT Respondent ALLEGEDLY failed to appear, prompting this Conditional Acceptance.
Conditions for Acceptance
This acceptance is conditional upon Respondent providing proof of claim, including but not limited to:
 1. Evidence that proper notice was given prior to the original hearing date.
 2. Affidavit signed under penalty of perjury that you had no knowledge of case being removed to United States district court case 3:24-CV-984 before November 7, 2024
 3. Submission of said evidence no later than DECEMBER 4, 2024

Failure to provide adequate proof will result in automatic dismissal of this claim.

Respectfully,

BUSINESS REPLY
ACCEPTED AND CLAIMED
RETURN SERVICE REQUESTED

CASE NUMBER 0313.92895R

Case 3:24-cv-00984-FDW-SCR   Document 9   Filed 12/06/24   Page 1 of 2

Your GFR is conditionally accepted under proof of claim, signed under penalty of perjury. That I, the living flesh and blood indigenous American Indian Woman, have violated the treaty of peace and friendship and h[ave] a contract signed with you, giving up my rights to be governed by your private for profit corporation. You ha[ve] to respond