**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
ROOM 210, CHARLES R. JONAS BUILDING
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

OFFICIAL BUSINESS

CHARLOTTE NC 28
25 NOV 2024

quadient
FIRST-CLASS MAIL
2024 ZIP 28202
$0.69
M31249186
US POSTAGE

REFUSED
pay to order
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby Brandy-Chenell
TTEE

Queen of Heirs Business Trust
806 W. Central Ave.
Unit 1072
Mount Holly, NC