AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons



# UNITED STATES DISTRICT COURT
for the
FILED
CHARLOTTE, NC

UNITED STATES
Queen of Heirs Business Trust  — Secured Party
*Plaintiff*

STATE OF North v. CAROLINA
GASTON COUNTY OF
GASTON COUNTY POLICE DEPARTMENT
GASTON COUNTY SCHOOL BOARD - see attach
*Defendant*

DEC 17 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

Civil Action No. 3-24-CV-989

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Lisa Beverly, David A Phillips, Kawana Roxan Rankin, Geri Queen, Travis Page,
Jennifer Davis, Justin Davis, Gus Anthony, Chris Madden
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

Queen of Heirs Business Trust Private
*Signature of the attorney or unrepresented party*

Queen of Heirs Business Trust
*Printed name*

David A Phillips
325 Dr M.L.K. Jr Way
Gastonia
NC
28052

c/o 806 West Central Avenue #1072
Mount Holly, North Carolina 28120-8446-721
*Address*

Qohbt@yahoo.com
*E-mail address*

704-747-6404
*Telephone number*

Post Mark Witness

Case 3:24-cv-00984-FDW-SCR    Document 11    Filed 12/17/24    Page 1 of 16

# UNITED STATES DISTRICT COURT
for the CHARLOTTE, NC

FILED DEC 17 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES
QUEEN OF HEIRS BUSINESS TRUST — Secured Party
Plaintiff
v.
STATE OF NORTH CAROLINA
GASTON COUNTY OF
GASTON COUNTY POLICE DEPARTMENT
GASTON COUNTY SCHOOL BOARD — see attach
Defendant

Civil Action No. 3:24-CV-989

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Lisa Beverly, David A Phillips, Kawana Roxan Rankin, Geri Queen, Travis Page, Jennifer Davis, Justin Davis, Gus Anthony, Chris Madden
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ____ days (give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

_Queen of Heirs Business Trust Private_
Signature of the attorney or unrepresented party

Queen of Heirs Business Trust
Printed name

c/o 806 West Central Avenue #1072
Mount Holly, North Carolina 28120-3446-721
Address

Qohbt@yahoo.com
E-mail address

704-747-6404
Telephone number

TO
Lisa Beverly
325 DR M.L.K Jr. Way
Gastonia, NC 28052

Post Mark Witness

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

UNITED STATES
QUEEN OF HEIRS BUSINESS TRUST  Secured Party
_____
Plaintiff
STATE OF NORTH v. CAROLINA
GASTON COUNTY OF
GASTON COUNTY Defendant POLICE DEPARTMENT
GASTON COUNTY SCHOOL BOARD — see Attach

Civil Action No. 3-24-CV-989

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Lisa Beverly, David A Phillips, Kawana Roxan Rankin, Geri Queen, Travis Page
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)
Jennifer Davis, Justin Davis, Gus Anthony, Chris Madden

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days (give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

Kawana Roxan Rankin
325 DR M.L.K. Jr. WAY
Gastonia, NC
28052

_Queen of Heirs Business Trust_ Private
Signature of the attorney or unrepresented party

Queen of Heirs Business Trust
Printed name

c/o 806 West Central Avenue #1072
Mount Holly, North Address Carolina 28120-3446-721

Qohbt@yahoo.com
E-mail address

704-747-6404
Telephone number

POST MARK WITNESS

# UNITED STATES DISTRICT COURT
for the

UNITED STATES
QUEEN OF HEIRS BUSINESS TRUST    Secured Party
_____
Plaintiff
STATE OF NORTH v. CAROLINA
GASTON COUNTY OF
GASTON COUNTY Defendant POLICE DEPARTMENT
GASTON COUNTY SCHOOL BOARD - see attach

Civil Action No. 3-24-CV-989

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Lisa Beverly, David A Phillips, Kawana Roxan Rankin, Geri Queen, Travis Page
Jennifer Davis, Justin Davis, Gus Anthony, Chris Madden
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ____ days (give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

Signature: Queen of Heirs Business Trust Private
_Signature of the attorney or unrepresented party_

Queen of Heirs Business Trust
_Printed name_

to Geri Queen
325 Dr M.L.K Jr Way
Gastonia, NC 28052

c/o 806 West Central Avenue #1072
Mount Holly, North Carolina 28120-3446-721
_Address_

Qohbt@yahoo.com
_E-mail address_

704-747-6404
_Telephone number_

Post Mark Witness

# UNITED STATES DISTRICT COURT
for the

UNITED STATES
QUEEN OF HEIRS BUSINESS TRUST — Secured Party
_____ Plaintiff _____ )
STATE OF NORTH v. CAROLINA )  Civil Action No. 3-24-CV-989
GASTON COUNTY OF )
GASTON COUNTY Defendant POLICE DEPARTMENT
GASTON COUNTY SCHOOL BOARD — see Attach

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Lisa Beverly, David A Phillips, Kawana Ryan Rankin, Geri Queen, Travis Page
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)
Jennifer Davis, Justin Davis, Gus Anthony, Chris Madden

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ____ days (give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

Signature: QUEEN OF HEIRS BUSINESS TRUST Private
_Signature of the attorney or unrepresented party_

Queen of Heirs Business Trust
_Printed name_

Travis Page
325 Dr. M.L.K. Jr Way
Gastonia, NC 28052

c/o 806 West Central Avenue #1072
Mount Holly, North Carolina 28120-3446-721
_Address_

qohbt@yahoo.com
_E-mail address_

704-747-6404
_Telephone number_

Post Mark  Witness

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

UNITED STATES
QUEEN OF HEIRS BUSINESS TRUST  Secured Party
Plaintiff
STATE OF NORTH v. CAROLINA
GASTON COUNTY OF
GASTON COUNTY Defendant POLICE DEPARTMENT
GASTON COUNTY SCHOOL BOARD - see Attach

Civil Action No. 3-24-CV-989

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: LISA BEVERLY, DAVID A Phillips, Kawana Ryan Rankin, Geri Queen, Travis Page
JENNIFER DAVIS, JUSTIN DAVIS, Gus Anthony, CHRIS MADDEN
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days (give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

Jennifer Davis
325 Dr. M.L.K Jr Way
Gastonia, NC 28052

Post Mark Witness

QUEEN OF HEIRS BUSINESS TRUST Private
Signature of the attorney or unrepresented party

Queen of Heirs Business Trust
Printed name

c/o 806 WEST CENTRAL AVENUE #1072
Mount Holly, North Address CAROLINA 28120-3446-721
Qohbt@yahoo.com
E-mail address

704-747-6404
Telephone number

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

UNITED STATES
Queen of Heirs Business Trust   Secured Party
_____Plaintiff_____
STATE OF North v. CAROLINA
GASTON COUNTY OF
GASTON COUNTY Defendant POLICE DEPARTMENT
GASTON COUNTY SCHOOL BOARD - see Attach

Civil Action No. 3-24-CV-989

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Lisa Beverly, David A Phillips, Kawana Rixan Rankin, Geri Queen, Travis Page
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)
Jennifer Davis, Justin Davis, Gus Anthony, Chris Madden

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

Justin Davis
325 Dr. M.L.K.Jr. Way
Gastonia, NC 28052

Post mark witness

Queen of Heirs Business Trust Private
*Signature of the attorney or unrepresented party*

Queen of Heirs Business Trust
*Printed name*

c/o 806 West Central Avenue #1072
Mount Holly, North Address Carolina 28120-8446-7.

Qohbt@yahoo.com
*E-mail address*

704-747-6404
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
## for the

UNITED STATES  
Queen of Heirs Business Trust — Secured Party  
*Plaintiff*  
STATE OF North v. CAROLINA  
GASTON COUNTY OF  
GASTON County *Defendant* POLICE DEPARTMENT  
GASTON County SCHOOL BOARD — see attach  

Civil Action No. 3-24-CV-989

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Lisa Beverly, David A Phillips, Kawana Ryan Rankin, Geri Queen, Travis Page
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*
Jennifer Davis, Justin Davis, Gus Anthony, Chris Madden

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

Queen of Heirs Business Trust Private
*Signature of the attorney or unrepresented party*

Queen of Heirs Business Trust
*Printed name*

c/o 806 West Central Avenue #1072
Mount Holly, North Carolina 28120-3446-7
*Address*

qohbt@yahoo.com
*E-mail address*

704-747-6404
*Telephone number*

TO: Gus Anthony
325 Dr. M.L.K. Jr Way
Gastonia NC 28052



Post Mark Witness

# UNITED STATES DISTRICT COURT
for the

UNITED STATES  Secured Party
Queen of Heirs Business Trust
      Plaintiff
   v.
STATE OF North Carolina
GASTON COUNTY OF
GASTON COUNTY Defendant POLICE DEPARTMENT
GASTON COUNTY SCHOOL BOARD - see Attach

Civil Action No. 3-24-CV-989

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Lisa Beverly, David A Phillips, Kawana Ryan Rankin, Geri Queen, Travis Page,
Jennifer Davis, Justin Davis, Gus Anthony, Chris Madden
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

Signature: Queen of Heirs Business Trust Private
*Signature of the attorney or unrepresented party*

Printed name: Queen of Heirs Business Trust

Address: c/o 806 West Central Avenue #1072
Mount Holly, North Carolina 28120-3446-7

E-mail: Qohbt@yahoo.com

Telephone: 704-747-6404

TO: Chris Madden
325 Dr M.L.K Jr Wy
Gastonia, NC 28052

Post mark witness

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

UNITED STATES
QUEEN OF HEIRS BUSINESS TRUST
Secured Party
_____
Plaintiff
v.
GASTON County Police Department
+ writ See Attachment
_____
Defendant

Civil Action No. 3:24-CV-981

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Gaston County Police Department, Michael DODD
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days (give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

Michael Dodd
420 W Franklin Blvd
Gastonia, NC 28052

*Queen of Heirs Business Trust*
Signature of the attorney or unrepresented party

Queen of Heirs Business Trust
Printed name

[c/o 806 West Central Avenue #1072
Mount Holly, North Carolina 28120-3446-721]
Address

Qohbt1@yahoo.com

Postmark cv-00884-HOR-SCR    Document 11    Filed 12/17/24    Page 10 of 16

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

# UNITED STATES DISTRICT COURT
for the

UNITED STATES
QUEEN OF HEIRS BUSINESS TRUST
Secured Party
_____
Plaintiff
v.
Gaston County Police Department
Defendant
+ writ See Attachment

Civil Action No. 3:24-CV-984

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Gaston County Police Department, Michael Dodd
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ____ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 11-12-24

Michael Dodd
420 W Franklin Blvd
gastonia, NC 28052

Queen of Heirs Business Trust
Signature of the attorney or unrepresented party

Queen of Heirs Business Trust
Printed name

[c/o 806 West Central Avenue #1072
Mount Holly, North Carolina 28120-3446-721]
Address

Qohh1@yahoo.com

Postmark Witness

## Certificate Of Mailing (1)

**From:** QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

**To:** Michael Dodd
420 W Franklin Blvd
Gastonia NC 28052
3:24-CV-984

---

## Certificate Of Mailing (2)

**From:** QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

**To:** Chris Madden
325 Dr M.L.K. Jr. Way
Gastonia, NC 28052
3:24-CV-989

---

## Certificate Of Mailing (3)

**From:** QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

**To:** Gus Anthony
325 Dr M.L.K. Jr. Way
Gastonia NC 28052
3:24-CV-989

---

## Certificate Of Mailing (4)

**From:** QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

**To:** Justin Davis

---

## Certificate Of Mailing (right side - rotated)

**To:** Jennifer Davis
325 Dr. M.L.K. Jr. Way
Gastonia, NC 28052
3:24-CV-989

**To:** Travis Page
325 Dr. M.L.K. Jr. Way
Gastonia, NC 28052
3:24-CV-989



**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

To: Geri Queen
325 Dr. M.L.K Jr. Way
Gastonia, NC 28052
3:24-CV-989

PS Form 3817, April 2007 PSN 7530-02-000-9065



Postmark Here



---

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

From: QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

To: Kawana Roxann Rankin
325 Dr. M.L.K Jr. Way
Gastonia, NC 28052
3:24-CV-989

PS Form 3817, April 2007 PSN 7530-02-000-9065



Postmark Here



---

(rotated, right side)

From: QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

To: Lisa Beverly
325 Dr. M.L.K Jr. Way
Gastonia, NC 28052
3:24-CV-989

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

3:24-CV-984

**UNITED STATES POSTAL SERVICE** — Certificate Of Mailing

From: QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

To: David A Phillips
325 Dr. M.L.K Jr. Way
Gastonia, NC 28052
3:24-CV-989

PS Form 3817, April 2007 PSN 7530-02-000-9065



Postmark Here





**UNITED STATES POSTAL SERVICE®** — **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:
QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

To:
Michael DODD
420 W Franklin Blvd
gastonia NC 28052
3:24-CV-984

PS Form **3817**, April 2007 PSN 7530-02-000-9065



---

**UNITED STATES POSTAL SERVICE®** — **Certificate Of Mailing**

From:
QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

To:
Chris MADDEN
325 Dr M.L.K. Jr. Way
Gastonia, NC 28052
3:24-CV-989

PS Form **3817**, April 2007 PSN 7530-02-000-9065



---

**UNITED STATES POSTAL SERVICE®** — **Certificate Of Mailing**

From:
QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

To:
Gus Anthony
325 Dr M.L.K. Jr. Way
gastonia NC 28052
3:24-CV-989

PS Form **3817**, April 2007 PSN 7530-02-000-9065



---

**UNITED STATES POSTAL SERVICE®** — **Certificate Of Mailing**

From:
QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

To:
Justin Davis

---

**Certificate Of Mailing** (right column)

To: Jennifer Davis
325 Dr M.L.K. Jr. Way
gastonia, NC 28052
3:24-CV-989

From: QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC



---

To: Travis Page
325 Dr M.L.K. Jr. Way
gastonia, NC 28052
3:24-CV-989

From: QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC




3:24-CV-984



**UNITED STATES POSTAL SERVICE®** — Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

To: Geri Queen
325 Dr. M.L.K Jr. Way
Gastonia, NC 28052
3:24-CV-989



PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE®** — Certificate Of Mailing

From: QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

To: Kawana Roxann Rankin
325 Dr. M.L.K Jr. Way
Gastonia, NC 28052
3:24-CV-989




PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE®** — Certificate Of Mailing

From: QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

To: David A Phillips
325 Dr. M.L.K Jr. Way
Gastonia, NC 28052
3:24-CV-989





PS Form 3817, April 2007 PSN 7530-02-000-9065

---

Additional certificates (rotated, overlapping on page):

To: Lisa Beverly
325 Dr. M.L.K. Jr. Way
Gastonia, NC 28052
3:24-CV-989

To: Chris Madden
325 Dr. M.L.K. Jr. Way
Gastonia, NC 28052
3:24-CV-989

3:24-CV-984