PRIVATE

QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC
[28120-3440-1782]

NIXIE    274    4E 1
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RECEIVED
Charlotte, NC

DEC 17 2024

Clerk, US District Court
Western District NC

Return Service Requested

United States District Court
401 W TRADE STREET
Office of the Clerk Rm 201

Charlotte, NC 28210

BUSINESS REPLY
ACCEPTED AND CLAIMED
RETURN SERVICE REQUESTED





**UNITED STATES POSTAL SERVICE**

- Expected delivery date specifie[d]
- Domestic shipments include $[100 of ins...]
- USPS Tracking® service includ[ed]
- Limited international insurance
- When used internationally, a c[ustoms form...]

*Insurance does not cover certain items. [...] Domestic Mail Manual at http://pe.usps.[com]

** See International Mail Manual at http:[...]

**FLAT RATE EN**[VELOPE]
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INS**[URED]


PS00001000014

---

**UNITED STATES POSTAL SERVICE.** — Retail

**P**  US POSTAGE PAID
$9.45
Origin: 28120
12/14/24
3652960826-10

PRIORITY MAIL®

0 Lb 4.20 Oz
RDC 03

RECEIVED
Charlotte, NC
DEC 17 2024
Clerk, US District Court
Western District NC

EXPECTED DELIVERY DAY: 12/16/24

C017

SHIP TO:
401 W TRADE ST
CHARLOTTE NC 28202-1633



**USPS TRACKING® #**

9505 5157 9033 4349 5941 96



---

**PRIORITY MAIL** — UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM: Pinent
PO Box 1072

Mount Holly North
Carolina
(28120)

RECEIVED
Charlotte, NC
DEC 17 2024
Clerk, US District Court
Western District NC

TO:
United States District
Court
401 W Trade Street R229
Charlotte, NC 28120 28202
28202

Label 228, March 2016  FOR DOMESTIC AND INTERNATIONAL USE

