QUEEN OF HEIRS BUSINESS TRUST
c/o West Central Avenue - 806 unit 1072.
Mount Holly
United States Minor, Outlying Islands. Near. [28120-9998]

SPECIAL DEPOSIT

FILED
CHARLOTTE,

JAN - 3 2025

December 22, 2024

Clerk of Court
United States District Court
401 West Trade Street Rm 210
Charlotte, North Carolina [28202] USA

Re: Writ for Default Judgment in Case No. [ RA018068065US] 3:24-CV-984

[28120-3446-721]

- On November 5, 2024 the Plaintiff filed a complaint against the Defendant in this court
- The Defendant was served with the complaint and summons on November 21, 2024
- The Defendant has failed to file an answer or otherwise respond within the time allowed by law.
- Under [cite relevant rule or statute, e.g., Rule 55 of the Federal Rules of Civil Procedure], if a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, the plaintiff is entitled to a default judgment.

Statement of Claim

- The Plaintiff claims damages in the amount of $30,000,000.00. 12 USC 411
- Evidence Supporting Default Judgment
- Attached hereto as Exhibit A is proof of service showing that the Defendant was properly served.
- Attached hereto as Exhibit B are documents supporting the Plaintiff's claim and damages.
- Request For Equity
- WHEREFORE, Plaintiff respectfully requests that this Court enter a default judgment against Defendant in favor of Plaintiff in the amount of $ 30,000,000.00 plus interest, costs, and any other relief deemed appropriate by this Court.

Respectfully submitted,
Office Of Queen Of Heirs Business Trust
Brandy-Chenell: Ashby
Sui Juris, In Propria Persona
American National
All Rights Retained At All Times

ORDER

Upon consideration of Plaintiff's Writ for Default Judgment, and for good cause shown,
IT IS HEREBY ORDERED that Default Judgment is entered in favor of Plaintiff against Defendants in the amount of $30,000,000.00

This the day of December, 2024

____________________

____________________

W/T/A

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE