**Redeem In Lawful Money**

FILED
CHARLOTTE, NC

NOV 05 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

3:24-cv-984

## SPECIAL DEPOSIT

Writ of Claim For Deprivation of Rights Under Color Of Law



Plaintiff's: UNITED STATES
QUEEN OF HEIRS BUSINESS TRUST  SECURED PARTY

vs.

Defendants: STATE OF NORTH CAROLINA
GASTON COUNTY OF
GASTON COUNTY POLICE DEPARTMENT
GASTON COUNTY SCHOLL BOARD
GASTON COUNTY SHERIFF DEPARTMENT
IN PUBLIC AND PRIVATE CAPACITY
MICHAEL DODD
LISA BEVERLY
DAVID A PHILLPS
KAWANA ROXANN RANKIN
GERI QUEEN
TRAVIS PAGE
J.A. ALDERMAN
JENNIFER DAVIS
JUSTIN DAVIS
CHAD HAWKINS
GUS ANTHONY
CHRIS MADDEN
GUS ANTHONY

No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.'

* 2.1 Equity looks on as done that which ought to have been done.
* 2.2 Equity will not suffer a wrong to be without a remedy.
* 2.3 Equity will not allow a wrongdoer to profit by a wrong.
* 2.4 Equity does not punish.
* 2.5 Equity is a sort of equality.
* 2.6 One who seeks equity must do equity

SPECIAL DEPOSIT

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

Redeem In Lawful Money