12-22-2024

DEAR CLERK,

Please deliver to Judge for Signature, Time Stamp and Return Copy

Matter Now closed.

FOR AND ON THE RECORD

Dear Clerk,

Please deliver to judge for Signature for Default Judgment without delay and Time Stamp put on the record for the record.