FILED
CHARLOTTE, NC

JUL 30 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

SPECIAL DEPOSIT

Office of the Trustee

Queen of Heirs Business Trust

c/o 806 West Central Avenue, Unit 1072

[Moun]t Holly, North Carolina [28120-3446-721]

Non-Domestic, Republic

Crid # 40867098

CALF NUMBER 0313.92895R

United States Postal Service
REGISTERED MAIL
RA 018 068 785 US
Label 200, July 1999 (102595) 99-M-1904

TO:

Clerk of Court

United States District Court - Western District of North Carolina

401 West Trade Street #210

Charlotte, North Carolina 28202

RE: Affidavit of Dishonor - Default in Case No. 3:24-cv-984

NOTICE TO CURE WITHIN TEN (10) DAYS

Notice is hereby given that on or about December 25, 2024, a Writ of Default Judgment was filed in the above-referenced matter, styled:

Queen of Heirs Business Trust v. State of North Carolina, et al.

Case No. 3:24-cv-984 - U.S. District Court, Charlotte Division

Said Writ was submitted following proper service and absence of appearance by any named defendant. As of the date of this notice, no judicial signature, ruling, or remedy has been issued by the court.

An Affidavit of Judicial Dishonor and Administrative Default has now been executed by the Office of Trustee for Queen of Heirs Business Trust and is served herewith, with supporting proof of service, registered mailing, and USPS documentation.

SPECIAL DEPOSIT

WITHOUT RECOURSE
pay to order of,
QUEEN OF HEIRS BUSINESS TRUST
By: /s/ Ashby: Brandy-Chenell
TTEE

QUEEN OF HEIRS BUSINESS TRUST

YOU ARE HEREBY GIVEN TEN (10) DAYS from the date of receipt of this Notice to cure the judicial default and enter judgment consistent with the lawful and unrebutted Writ.

Failure to respond or cure within the above time frame shall constitute:

1. Tacit agreement and estoppel;

2. Final administrative dishonor;

3. Further action under public notice through UCC-3 Financing Statement Amendment;

4. Certification of constructive judgment and claim of right.

This Notice is submitted in good faith, with clean hands, and in accordance with the principles of equity, 12 U.S.C. 411, and Federal Rules of Civil Procedure.

Respectfully submitted on this 22nd day of July, 2025,

Office of the Trustee

Queen of Heirs Business Trust

All Rights Reserved, UCC 1-308

ENCLOSURES:

- Affidavit of Judicial Dishonor

- Writ of Default Judgment (unsigned)

- Certificate of Mailing (Form 3817)

- Copy of PS Form 3877 Firm Mailing Book (if available)

- UCC-3 Collateral Addendum (for advance notice only)

YOU ARE HEREBY GIVEN TEN (10) DAYS from the date of receipt of this Notice to cure the judicial default and enter judgment consistent with the lawful and unrebutted Writ.

Failure to respond or cure within the above time frame shall constitute:

1. Tacit agreement and estoppel;
2. Final administrative dishonor;
3. Further action under public notice through UCC-3 Financing Statement Amendment;
4. Certification of constructive judgment and claim of default.

This Notice is submitted in good faith, with clean hands, and in accordance with the principles of equity, 12 U.S.C. 411, and Federal Rules of Civil Procedure.

QUEEN OF HEIRS BUSINESS TRUST

Respectfully submitted on this 22nd day of July, 2025,

Office of the Trustee

Queen of Heirs Business Trust

All Rights Reserved, UCC 1-308

ENCLOSURES:

- Affidavit of Judicial Dishonor
- Writ of Default Judgment (unsigned)
- Certificate of Mailing (Form 3817)
- Copy of PS Form 3877 Firm Mailing Book (if available)
- UCC-3 Collateral Addendum (for advance notice only)

MAIL VIA REGISTERED MAIL

Add USPS Registered Mail Label #: RA018068785US

Affix Trust Seal and Postage in Upper Right Corner

QUEEN OF HEIRS BUSINESS TRUST

SPECIAL DEPOSIT

CERTIFICATE OF SERVICE
I, the undersigned, do certify that on this 26th day of July, 2025, the document entitled:
NOTICE OF AFFIDAVIT OF DISHONOR AND DEMAND TO CURE
was served by placing a true and correct copy thereof in an envelope, properly addressed and sealed, and
deposited via United States Postal Service using REGISTERED MAIL, postage prepaid, to the following:
Recipient:
Clerk of Court
United States District Court - Western District of North Carolina
401 West Trade Street
Charlotte, North Carolina 28202
Registered Mail Number: RA018068785US
Said mailing was executed from the mailing location of Queen of Heirs Business Trust:
Office of the Trustee
Queen of Heirs Business Trust
c/o 806 West Central Avenue, Unit 1072
Mount Holly, North Carolina [28120-3446-721]
Non-Domestic, Republic
The undersigned affirms the truthfulness of this certificate under penalty of perjury and with clean hands in
equity.

Respectfully submitted,

______________________
Office of the Trustee
Queen of Heirs Business Trust
UCC 1-308, All Rights Reserved
Date of Service: July 26, 2025

QUEEN OF HEIRS BUSINESS TRUST

QUEEN OF HEIRS BUSINESS TRUST