*[Handwritten annotations in red across page: "offer conditionally accepted signed under penalties of perjury", "VOID", "OR", "NOT VALID", "CAN NOT MAKE get counsel unconstitutional"]*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00984-FDW-SCR

| | |
|---|---|
| QUEEN OF HEIRS BUSINESS TRUST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| STATE OF NORTH CAROLINA et al, | ) ) |
| Defendants. | ) ) |

*[Filed stamp: FILED CHARLOTTE, NC AUG 18 2025 US DISTRICT COURT WESTERN DISTRICT OF NC]*

**THIS MATTER** is before the Court sua sponte concerning the status of this case. On November 22, 2024, the Court ordered Plaintiff to obtain legal counsel within thirty days. (Doc. No. 5.) The Court cautioned Plaintiff that she could not proceed pro se on behalf of an entity—Queen of Heirs Business Trust—and needed to obtain counsel. (Id.) The Court also forewarned Plaintiff that failure to obtain counsel would result in dismissal of her case.

Plaintiff has failed to obtain counsel and comply with the Court's Order. Instead, Plaintiff has since filed numerous documents that are plainly frivolous, including a copy of the Court's Order requiring Plaintiff to obtain counsel with handwritten annotations. (Doc. No. 10). Accordingly, dismissal is warranted.

**IT IS THEREFORE ORDERED** that this Plaintiff's Complaint, (Doc. No. 1), is **DISMISSED**.

The Clerk of Court is **DIRECTED** to close this case and terminate all pending motions.

**IT IS SO ORDERED**.

Signed: July 31, 2025

*[Signature]*

Frank D. Whitney
Senior United States District Judge

*[Handwritten in red: "VOID not VALID"]*

# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Queen of Heirs Business Trust, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00984-FDW-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| State of North Carolina, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 31, 2025 Order.

July 31, 2025

_Katherine H. Simon_

Katherine Hord Simon, Clerk
United States District Court

